JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN MOFFITT, | ) | No. EDCV 15-677-JLS (CW) |
| Petitioner, | ) | JUDGMENT |
| CSP - SACRAMENTO, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: June 2, 2015

JOSEPHINE L. STATON
United States District Judge